**SO ORDERED.**

**SIGNED this 12th day of October, 2006.**

_____
LARRY E. KELLY
UNITED STATES CHIEF BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ALBERT DOYLE CLEVELAND AND | § | CASE NO. 05-63342-LEK |
| ELIZABETH JUNE YORK A/K/A | § | |
| ELIZABETH YORK-CLEVELAND AND | § | |
| ELIZABETH CLEVELAND, | § | |
| Debtors. | § | Chapter 7 |
| | § | |
| CARL MAULDIN AND | § | |
| MARILYN MAULDIN, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | ADVERSARY NO. 06-6010 |
| | § | |
| ALBERT DOYLE CLEVELAND AND | § | |
| ELIZABETH J. CLEVELAND, | § | |
| Defendants. | § | |

## JUDGMENT

Before the Court is the above referenced adversary proceeding. The Court has entered a Memorandum Opinion and Order on the cause of action presented. Consistent with the findings made therein and on the record at the trial held October 4, 2006, it is hereby

1

ORDERED, ADJUDGED AND DECREED that Plaintiffs Carl Maudlin and Marilyn Maudlin take nothing against Defendants Albert Doyle Cleveland and Elizabeth York Cleveland, Plaintiffs having failed to prove Defendants owe them a debt that should be held nondischargeable under 11 U.S.C. § 523(a)(2)(A).

It is ORDERED, ADJUDGED, AND DECREED that all parties are responsible for their own costs in this matter; and

It is ORDERED, ADJUDGED, AND DECREED that any relief not otherwise granted is denied.

# # #